**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| THE PEGGY A. THODOS 2014 IRREVOCABLE TRUST,<br><br>Plaintiff,<br><br>vs.<br><br>TRISTATE CAPITAL BANK,<br><br>Defendant. | Case No. 1:24-cv-04322<br><br>Hon. Georgia N. Alexakis<br><br>Hon. Keri L. Holleb Hotaling |

**TRISTATE CAPITAL BANK'S MOTION FOR STATUS CONFERENCE**

Defendant TriState Capital Bank ("TriState") moves the Court to schedule a status conference for purposes of setting pretrial deadlines, and in support, states as follows:

1. On May 27, 2024, John Thodos, Peggy Thodos, and the Peggy A. Thodos 2014 Irrevocable Trust ("Trust," and together with the Thodoses, the "Original Plaintiffs") filed a Complaint in this Court against TriState. ECF No. 1.

2. On June 6, 2024, the Original Plaintiffs filed a First Amended Complaint in this Court against TriState, alleging claims of Financial Exploitation of the Elderly (Count I), Common Law Fraud (Count II), Conversion (Count III), and Unjust Enrichment (Count IV). ECF No. 3; *see also* ECF No. 32. The First Amended Complaint does not include a jury demand, nor has any party made such a demand under Federal Rule of Civil Procedure 38. *Id.*

3. On July 31, 2024, TriState moved to dismiss the First Amended Complaint, ECF Nos. 5–6, which the Original Plaintiffs opposed, ECF No. 17.

4. On March 17, 2025, the Court granted in part and denied in part TriState's motion, dismissing Counts I and II with prejudice, ECF Nos. 30–31, which left the Trust as the only remaining Plaintiff.

5. On May 1, 2025, the Court held a status hearing at which the Court granted an oral motion to terminate John Thodos and Peggy Thodos as parties, adopted the parties' proposed discovery plan, and referred this case to Magistrate Judge Holleb Hotaling for all discovery scheduling and supervision, including the authority to set, adjust, and extend all discovery-related deadlines. ECF No. 50. The May 1, 2025 Minute Entry also noted that "[t]he Court will set any dispositive motion schedule after all discovery is complete and, consistent with the Court's standing orders, following an in-chambers summary judgment conference." *Id.*

6. Fact discovery effectively closed on April 29, 2026, when Magistrate Judge Holleb Hotaling discharged the Rule to Show Cause against John and Peggy Thodos and ordered the parties to file a proposed expert discovery schedule. ECF No. 146; *see also* ECF No. 143 (noting that the remote deposition of Lexi Thodos and the Rule to Show Cause items were the "last piece[s] of outstanding fact discovery").

7. Expert discovery closed on September 24, 2026, and the parties so advised Magistrate Judge Holleb Hotaling in their Second Updated Joint Status Report Regarding Expert Discovery, which they filed on September 25, 2026. ECF No. 177.

8. There are currently no pending case management deadlines, and the only matter that remains pending (aside from the recently filed motion to withdraw as attorney) is TriState's motion for attorneys' fees, ECF No. 119, which Magistrate Judge Holleb Hotaling has under advisement and "will rule on [it] in due course," ECF No. 146.

9. TriState believes that, notwithstanding the pendency of its motion for attorneys' fees, this matter is ripe for a non-jury trial and related pretrial deadlines, to be scheduled at the Court's convenience. TriState does not intend to move for summary judgment because genuine disputes of material fact exist.

10. TriState sought the Trust's position from Attorney Daniel Olswang in a telephone call on October 30, 2026, and in subsequent emails on November 3, November 6, and November 9, 2026, but has not received a substantive response to date.

WHEREFORE, TriState respectfully requests that the Court hold a status conference for purposes of setting pretrial deadlines, including the scheduling of dates for submission of a proposed final pretrial order and final pretrial conference.

Dated: November 10, 2026

Respectfully submitted,

**BUCHANAN INGERSOLL & ROONEY PC**

*/s/Matthew C. Pilsner*
Gretchen L. Jankowski
Timothy Palmer (*admitted pro hac vice*)
Matthew C. Pilsner
Justin E. Lewis (*admitted pro hac vice*)
Union Trust Building
501 Grant Street, Suite 200
Pittsburgh, PA 15219
Telephone: 412-562-8800
gretchen.jankowski@bipc.com
timothy.palmer@bipc.com
matthew.pilsner@bipc.com
justin.lewis@bipc.com

Jonathan Brent Turpin
150 North Riverside Plaza, Suite 2800
Chicago, IL 60606
Telephone: 312-261-8739
jonathan.turpin@bipc.com

**CERTIFICATION OF SERVICE**

I hereby certify that, on November 10, 2026, a true and correct copy of the within Motion for Status Conference was served on counsel for the Trust through the Court's CM/ECF system.

*/s/Matthew C. Pilsner*
Matthew C. Pilsner